# Exhibit A



## House of Representatives
Coverdale Legislative Office Building, Ste. 504

**DAVID JENKINS**
**REPRESENTATIVE DISTRICT 132**
18 Capitol Square Suite 504
Atlanta, GA 30334
david.jenkins@house.ga.gov

**Atlanta, Georgia 30334**
(404)656-0188 (office)
(404)651-8086 (fax)

**STANDING COMMITTEES**
BUDGET & FISCAL AFFAIRS OVERSIGHT
PUBLIC SAFETY HOMELAND SECURITY
TRANSPORTATION

December 13, 2021

Meriwether Redistricting Stakeholders;

I have reviewed the draft of the Meriwether County Redistricting maps prepared for Representative Buckner.  This written input is provided since I am unable to attend the meeting on December 14th.

This map places the only minority commissioner serving in Meriwether County in a district that is only about 28% minority providing no reasonable opportunity to be reelected when her term expires next year.

The majority minority district created will have no opportunity to elect a minority commissioner for three years.

In addition, this map creates no minority opportunity districts, something that one would expect in a county with 35% of its population in the minority.

The effect of this map is that for the first time since the Federal Courts required Meriwether County to elect commissioners in districts as opposed to electing them at large, Meriwether County will have no minority commissioners in its governing body.

The second issue I have with the map is that the districts are not compact and divide communities of interest primarily in the north end of the county.  The most extreme example is the panhandle created in the northwest portion of the county that removes the only minority commissioner from the only majority minority district.

I have provided HD 132 Draft 2 maps for consideration.  These have been updated with incumbent protection.   This map has one majority minority district and one minority opportunity district.  The resulting map also contains districts that are more compact, contiguous and better group communities of interest than HD 137 Draft 2 map.

David Jenkins