IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, et al., :<br><br>Plaintiffs, :<br><br>v. :     CIVIL ACTION NO.<br>:     3:25-cv-00222-LMM<br><br>MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, et al., :<br><br>Defendants. : | |

## **ORDER**

Plaintiffs filed a complaint by which they seek, among other things, a preliminary injunction. Dkt. No. [1] at 35. A request for a preliminary injunction must be filed by separate motion. Dkt. No. [9] at 22. No motion for preliminary injunction has been filed. The Court therefore will not take action on the demand for preliminary injunction at this time. If Plaintiffs later decide to pursue a preliminary injunction, the undersigned may consider that request when a separate motion is made.

**IT IS SO ORDERED** this 9th day of October, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**