## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

GEORGIA STATE CONFERENCE
OF THE NAACP, as an
organization; JAMES C. BRAY; and
JAMES C. CLEMENTS,

       *Plaintiffs*,

       vs.

MERIWETHER COUNTY BOARD
OF ELECTIONS AND
REGISTRATION; HARMON
DAVID CALDWELL, MARY
MCGILL, and MARK SPRADLIN,
in their official capacities as
members of the Meriwether County
Board of Elections and Registration,

       *Defendants*.

Civil Action No. 3:25-cv-222-LMM

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Georgia State Conference of the NAACP, James C. Bray, and

James C. Clements ("Plaintiffs") submit the following statement of their corporate

interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local

Rule 3.3.

**(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held**

**corporation that owns 10% or more of the stock of a party or proposed intervenor:**

(a) Plaintiff Georgia State Conference of the NAACP ("Georgia NAACP") and its Members; Parent: National Association for the Advancement of Colored People, Inc. ("NAACP"). No publicly held corporation owns 10% or more of the stock of the Georgia NAACP or the NAACP.

(b) Plaintiff James C. Bray.

(c) Plaintiff James C. Clements.

(d) Defendant Meriwether County Board of Elections and Registration.

(e) Defendants Harmon David Caldwell, Mary McGill, and Mark Spradlin, in their official capacities as members of the Meriwether County Board of Elections and Registration.

**(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:**

The parties identified in Section (1) above.

Plaintiffs also note that this litigation could substantially affect the rights of voters in Meriwether County who vote in elections to the Meriwether County Board of Commissioners under the 2022 redistricting plan that is the subject of this litigation.

**(3)** **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

Attorneys for Plaintiffs:

Gail Podolsky (Ga. Bar No. 142021)
PODOLSKY LAW LLC
1100 Peachtree Street NE, Suite 900
Atlanta, Georgia 30309
(404) 282-7776
gail@podolsky-law.com

John Powers*
Hani Mirza*
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

Preston Miller*
Geoffrey Schmelkin*
Shinae Yoon*
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, D.C. 20001
(202) 636-5500
preston.miller@stblaw.com
geoffrey.schmelkin@stblaw.com
shinae.yoon@stblaw.com

Joshua Polster*
Nihara K. Choudhri*
Jacob Lundqvist*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

joshua.polster@stblaw.com
nchoudhri@stblaw.com
jacob.lundqvist@stblaw.com

*Pro Hac Vice Forthcoming

Attorneys for Defendants:

None known.

Dated: October 15, 2025                    Respectfully submitted,


*/s/ Gail Podolsky*

PODOLSKY LAW LLC
Gail Podolsky (Ga. Bar No. 142021)
1100 Peachtree Street NE, Suite 900
Atlanta, Georgia 30309
(404) 282-7776
gail@podolsky-law.com

ADVANCEMENT PROJECT
John Powers*
Hani Mirza*
1220 L Street Northwest, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

SIMPSON THACHER & BARTLETT LLP
Preston Miller*
Geoffrey Schmelkin*
Shinae Yoon*
900 G Street, NW
Washington, D.C. 20001
(202) 636-5500
preston.miller@stblaw.com
geoffrey.schmelkin@stblaw.com
shinae.yoon@stblaw.com

Joshua Polster*
Nihara K. Choudhri*
Jacob Lundqvist*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

joshua.polster@stblaw.com
nchoudhri@stblaw.com
jacob.lundqvist@stblaw.com

*Attorneys for Plaintiffs*

\*Pro Hac Vice Forthcoming

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 25th day of October 2025, I electronically filed a true and correct copy of PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT using this Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Gail Podolsky*

Gail Podolsky (Ga. Bar No. 142021)
PODOLSKY LAW LLC
1100 Peachtree Street NE, Suite 900
Atlanta, Georgia 30309
(404) 282-7776
gail@podolsky-law.com

*Attorney for Plaintiffs*