IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 3:25-cv-00222-LMM |

## **NOTICE OF APPEARANCE OF COUNSEL**

Bryan P. Tyson of the law firm Clark Hill PLC, 3630 Peachtree Road, NE, Suite 700, Atlanta, GA 30326, hereby enters his appearance as counsel for Defendants Meriwether County Board of Elections and Registration; and Harmon David Caldwell, Mary McGill, and Mark Spradlin, in their official capacities as members of the Meriwether County Board of Elections and Registration, and requests that he be added to the docket as a counsel for these defendants. All pleadings and other notices should be sent to him at the address below.

Respectfully submitted this 29th day of October, 2025.

**CLARK HILL PLC**

*/s/Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
3630 Peachtree Road NE
Suite 700
Atlanta, GA 30326
Telephone: 678-370-4377
Facsimile: 678-370-4358

*Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 13-pt Century Schoolbook.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411