# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 3:25-cv-00222-LMM |

## **CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs filed this case on October 9, 2025, [Doc. 1], and amended their Complaint on October 20, 2025. [Doc. 26]. Plaintiffs served Defendants Harmon David Caldwell, Mary McGill, and the Meriwether County Board of Elections and Registration on October 23, 2025. Counsel for Defendants agreed to accept service on behalf of Defendant Mark Spradlin on October 31, 2025. The earliest date for any Defendant to respond to the operative Complaint is currently November 13, 2025.

For the convenience of the Court and all parties, Defendants respectfully request that this Court enter an order setting November 20, 2025 as the date for all Defendants to answer or otherwise respond to the First Amended Complaint for Declaratory Judgment and Injunctive Relief [Doc. 26].

Good cause exists to grant this motion. The extension is a short time period from the current deadline that will not affect the rights of any parties. Further, without this extension, there will be varying response dates for Defendants and counsel for Defendants has other immediate deadlines that affect their ability to respond by the current deadline. Finally, this is the first request for an extension as to this deadline.

Counsel for Defendants has conferred with counsel for Plaintiffs, who have consented to this motion. A proposed order is attached.

Respectfully submitted this 4th day of November, 2025.

**CLARK HILL PLC**

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411
btyson@clarkhill.com
3630 Peachtree Road NE
Suite 700
Atlanta, GA 30326
Telephone: 678-370-4377
Facsimile: 678-370-4358

*Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 13-pt Century Schoolbook.

*/s/ Bryan P. Tyson*
Bryan P. Tyson
GA Bar No. 515411