IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 3:25-cv-00222-LMM |

## **[PROPOSED] ORDER**

The Court has considered the Consent Motion for Extension of Time. For good cause shown, the Court hereby **GRANTS** the Motion and sets the response date to Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief for all Defendants as **November 20, 2025**.

**SO ORDERED** this ____ day of _____, 2025.

_____
THE HON. LEIGH MARTIN MAY
CHIEF U.S. DISTRICT COURT JUDGE

1