IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br><br>FILE NO. 3:25-cv-00222-LMM |

## ORDER

The Court has considered the Consent Motion for Extension of Time. For good cause shown, the Court hereby **GRANTS** the Motion and sets the response date to Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief for all Defendants as **November 20, 2025**.

**SO ORDERED** this 4th day of November, 2025.

_____
THE HON. LEIGH MARTIN MAY
CHIEF U.S. DISTRICT COURT JUDGE

1