# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

GEORGIA STATE CONFERENCE
OF THE NAACP, *et al.*,

    *Plaintiffs,*

    v.

MERIWETHER COUNTY BOARD
OF ELECTIONS AND
REGISTRATION, *et al.*,

    *Defendants.*

CIVIL ACTION

FILE NO. 3:25-cv-00222-LMM

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Meriwether County Board of Elections and Registration; and Harmon David Caldwell, Mary McGill, and Mark Spradlin, in their official capacities, move to dismiss Plaintiffs' First Amended Complaint [Doc. 26] in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and (6). In support of this motion, Defendants rely on their Brief in Support of Motion to Dismiss Plaintiffs' Complaint, which is filed with this motion.

Respectfully submitted this 20th day of November, 2025.

/s/ Bryan P. Tyson
Bryan P. Tyson
Georgia Bar No. 515411

btyson@clarkhill.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@clarkhill.com
Diane Festin LaRoss
Georgia Bar No. 430830
dlaross@clarkhill.com
**Clark Hill PLC**
3630 Peachtree Road NE
Suite 700
Atlanta, Georgia 30326
678.370.4377 (phone)

*Counsel for Defendants*

2

## CERTIFICATE OF COMPLIANCE

Under L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

_/s/ Bryan P. Tyson_
Bryan P. Tyson