IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; JAMES C. BRAY; and JAMES C. CLEMENTS,<br><br>*Plaintiffs*,<br><br>vs.<br><br>MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION; HARMON DAVID CALDWELL, MARY MCGILL, and MARK SPRADLIN, in their official capacities as members of the Meriwether County Board of Elections and Registration,<br><br>*Defendants*. | Civil Action No.<br>3:25-cv-00222-LMM |

**JOINT MOTION TO EXTEND TIME**

Plaintiffs and Defendants in this case (collectively, the "Parties") in the above-captioned case, by and through their undersigned counsel, having conferred regarding the timing and deadlines for the filing of a response brief in opposition to, and a reply brief in further support of, Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 30) (the "Motion to Dismiss"), jointly move for an extension of the default deadlines under Local Rule 7.1.

1. Plaintiffs initiated this action by filing their original Complaint with this Court on October 9, 2025 (Dkt. No. 1).

2. On October 20, 2025, Plaintiffs filed their First Amended Complaint (Dkt. No. 26).

3. On November 4, 2025, Defendants filed a Consent Motion for Extension of Time to Answer or Otherwise Respond to the First Amended Complaint (Dkt. No. 28). The Court granted Defendants' consent motion and set the response date to Plaintiffs' First Amended Complaint for all Defendants as November 20, 2025. (Dkt. No. 29).

4. On November 20, 2025, Defendants filed the Motion to Dismiss.

5. Pursuant to Local Rule 7.1B of this Court, Plaintiffs' response in opposition to Defendants' Motion to Dismiss will be due on or before Thursday, December 4, 2025. Pursuant to Local Rule 7.1C of this Court, Defendants' reply in further support of their Motion to Dismiss will be due on or before Thursday, December 18, 2025.

6. The Parties respectfully request additional time to prepare and submit their respective briefing on Defendants' Motion to Dismiss, including in light of the upcoming holiday season.

WHEREFORE, the Parties respectfully request that the deadline for Plaintiffs to file their response in opposition to the Motion to Dismiss be extended through and including December 19, 2025, and that the deadline for Defendants to file any reply in support of the Motion to Dismiss be extended through and including January 9, 2026. A Proposed Order is attached hereto.

Dated: November 24, 2025                          Respectfully submitted,


/s/ Bryan P. Tyson                                /s/ Gail Podolsky

CLARK HILL PLC                                    PODOLSKY LAW LLC
Bryan P. Tyson (Ga. Bar No. 515411)               Gail Podolsky (Ga. Bar No. 142021)
3630 Peachtree Road NE, Suite 700                 1100 Peachtree Street NE, Suite 900
Atlanta, Georgia 30326                            Atlanta, Georgia 30309
(678) 370-4377                                    (404) 282-7776
btyson@clarkhill.com                              gail@podolsky-law.com

*Attorney for Defendants*

ADVANCEMENT PROJECT
John Powers*
Hani Mirza*
Sonali Seth**
1220 L Street Northwest, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

SIMPSON THACHER & BARTLETT LLP
Preston Miller*
Geoffrey Schmelkin*
Shinae Yoon*
900 G Street, NW
Washington, D.C. 20001
(202) 636-5500
preston.miller@stblaw.com
geoffrey.schmelkin@stblaw.com
shinae.yoon@stblaw.com

Joshua Polster*
Nihara K. Choudhri*

Jacob Lundqvist*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
joshua.polster@stblaw.com
nchoudhri@stblaw.com
jacob.lundqvist@stblaw.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

**Pro Hac Vice Forthcoming

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1(C) of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

s/ Gail Podolsky
Georgia Bar No. 142021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

This 24th day of November, 2025.

/s/ Gail Podolsky
Gail Podolsky
Georgia Bar No. 142021