## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

|  |  |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; JAMES C. BRAY; and JAMES C. CLEMENTS, | |
| *Plaintiffs*, | |
| vs. | Civil Action No. 3:25-cv-00222-LMM |
| MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION; HARMON DAVID CALDWELL, MARY MCGILL, and MARK SPRADLIN, in their official capacities as members of the Meriwether County Board of Elections and Registration, | |
| *Defendants*. | |

## PROPOSED ORDER

Having read and considered the Joint Motion to Extend Time, and for good cause shown, it is **HEREBY ORDERED** that the deadline for the Plaintiffs to file their responses in Opposition to Defendants' Motion to Dismiss is hereby extended through and including December 19, 2025, and the deadline for the Defendants to file any replies in further support of their Motion to Dismiss is extended through and including January 9, 2026. All other deadlines are adjusted accordingly.

**SO ORDERED** this _____ day of _____, 2025.


_____

THE HON. LEIGH MARTIN MAY
CHIEF U.S. DISTRICT COURT JUDGE