# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 3:25-cv-00222-LMM |

## **CONSENT MOTION FOR STAY OF DISCOVERY DEADLINE**

Plaintiffs filed this case on October 9, 2025, [Doc. 1], and amended their Complaint on October 20, 2025. [Doc. 26]. Defendants filed a motion to dismiss on November 20, 2025, [Doc. 30], and this Court has extended the response deadlines. [Doc. 32]. While the discovery period does not begin until an answer is filed, L.R. 26.2(A), other discovery-related deadlines still apply, including serving initial disclosures and the Joint Preliminary Report and Discovery Plan (JPRDP). *See* L.R. 16.2, 26.1(A). Currently, the deadline for that set of documents is December 22, 2025, which is well before the parties will complete briefing on the pending motion to dismiss. *See* [Doc. 32] (setting reply date as January 9, 2026). The parties held their Rule 26(f) Early Planning Conference on December 8, 2025.

For the convenience of the Court and all parties, Defendants request, with the consent of Plaintiffs, that this Court enter an order staying the deadline for serving initial disclosures until 14 days after the Court rules on the pending motion to dismiss.

Good cause exists to grant this motion. With the upcoming holidays and the extended briefing schedule on the motion to dismiss, there is no need to prepare and serve initial disclosures until the motion to dismiss is resolved. Further, granting the motion will align the initial filings and documents closer to the discovery period instead of requiring additional work from the parties prior to the ruling on the motion to dismiss.

Counsel for Defendants has conferred with counsel for Plaintiffs, who have consented to this motion. A proposed order is attached.

Respectfully submitted this 11th day of December, 2025.

        **CLARK HILL PLC**

        */s/Bryan P. Tyson*
        Bryan P. Tyson
        Georgia Bar No. 515411
        btyson@clarkhill.com
        3630 Peachtree Road NE
        Suite 700
        Atlanta, GA 30326
        Telephone: 678-370-4377
        Facsimile: 678-370-4358

        *Attorney for Defendants*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this document has been prepared using 13-pt Century Schoolbook.

>/s/ Bryan P. Tyson
>Bryan P. Tyson
>GA Bar No. 515411