## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*, <br><br>     *Defendants*. | CIVIL ACTION <br><br> FILE NO. 3:25-cv-00222-LMM |

## [PROPOSED] ORDER

The Court has considered the Consent Motion for Stay of Discovery Deadline. For good cause shown, the Court hereby **GRANTS** the Motion and stays the deadline for serving initial disclosures, L.R. 16.2, until 14 days after this Court's order on the pending motion to dismiss [Doc. 30].

**SO ORDERED** this ____day of _____, 2025.


_____
THE HON. LEIGH MARTIN MAY
CHIEF U.S. DISTRICT COURT JUDGE

1