IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION, *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br><br> FILE NO. 3:25-cv-00222-LMM |

## ORDER

The Court has considered the Consent Motion for Stay of Discovery Deadline. For good cause shown, the Court hereby **GRANTS** the Motion and stays the deadline for serving initial disclosures, L.R. 16.2, until 14 days after this Court's order on the pending motion to dismiss [Doc. 30].

**SO ORDERED** this 12th day of December, 2025.

_____
THE HON. LEIGH MARTIN MAY
CHIEF U.S. DISTRICT COURT JUDGE

1