IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

GEORGIA STATE CONFERENCE            :
OF THE NAACP, *et al.*,             :
                                    :
        Plaintiffs,                 :         CIVIL ACTION NO.
                                    :         3:25-cv-00222-LMM
v.                                  :
                                    :
MERIWETHER COUNTY BOARD             :
OF ELECTIONS AND                    :
REGISTRATION, *et al.*,             :
                                    :
        Defendants.                 :

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

The parties shall have 6 months for discovery.

**IT IS SO ORDERED** this 29th day of December, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**