## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; JAMES C. BRAY; and JAMES C. CLEMENTS,

      *Plaintiffs*,

      vs.

MERIWETHER COUNTY BOARD OF ELECTIONS AND REGISTRATION; HARMON DAVID CALDWELL, MARY MCGILL, and MARK SPRADLIN, in their official capacities as members of the Meriwether County Board of Elections and Registration,

      *Defendants*.

Civil Action No.
3:25-cv-00222-LMM

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Georgia State Conference of the NAACP, James C. Bray, and James C. Clements hereby give notice of the dismissal of this action without prejudice. *See* FED. R. CIV. P. 41(a)(1). This notice is timely because Defendants have not served an answer or a motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i). This dismissal is without prejudice because none of the Plaintiffs have previously

1

dismissed any federal- or state-court action based on or including the same claim.

*See* FED. R. CIV. P. 41(a)(1)(B).


Dated: May 20, 2026


*/s/ Gail Podolsky*
Gail Podolsky (Ga. Bar No. 142021)
PODOLSKY LAW LLC
1100 Peachtree Street NE, Suite 900
Atlanta, Georgia 30309
(404) 282-7776
gail@podolsky-law.com


ADVANCEMENT PROJECT
John Powers*
Hani Mirza*
Sonali Seth*
1220 L Street Northwest, Suite 850
Washington, DC 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

SIMPSON THACHER & BARTLETT
LLP
Preston Miller*
Geoffrey Schmelkin*
Shinae Yoon*
Megan Lacombe*
900 G Street, NW
Washington, D.C. 20001
(202) 636-5500
preston.miller@stblaw.com
geoffrey.schmelkin@stblaw.com
shinae.yoon@stblaw.com

3

Joshua Polster*
Nihara K. Choudhri*
Jacob Lundqvist*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
joshua.polster@stblaw.com
nchoudhri@stblaw.com
jacob.lundqvist@stblaw.com

*Attorneys for Plaintiffs*

\*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

This 20th day of May, 2026.

/s/ *Gail Podolsky*
Gail Podolsky
Georgia Bar No. 142021